**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TAMICA SOUTHWARD,

     Plaintiff,

v.          Case No. 11-10579

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
                                      /

**JUDGMENT**

     In accordance with the court's September 7, 2012, "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, Granting Defendant's Motion for Summary Judgment, and Denying Plaintiff's Motion for Summary Judgment,"

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Tamica Southward. Dated at Detroit, Michigan, this 7th day of September, 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: s/Lisa Wagner
                                                      Lisa Wagner, Deputy Clerk
                                                      and Case Manager to
                                                      Judge Robert H. Cleland